HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ALFONSO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00382 LJO- SKO |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| ALFONSO HERNANDEZ, | DATE:   November 23, 2015<br>TIME:   8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant ALFONSO HERNANDEZ, that the change of plea hearing now set for September 21, 2015 **be continued to November 23, 2015, at 8:30 a.m.**

Additional time is needed for defense expert to perform forensic review of the evidence.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation and continued plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  September 15, 2015        /s/ Brian W. Enos
                                  BRIAN W. ENOS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender

Dated:  September 15, 2015        /s/ Victor M. Chavez
                                  VICTOR M. CHAVEZ
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ALFONSO HERNANDEZ


**O R D E R**

IT IS SO ORDERED.

   Dated:   **September 15, 2015**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE