HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ALFONSO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00382 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE TRIAL DATE; ORDER |
| vs. | ) ) | |
| ALFONSO HERNANDEZ, | ) ) | DATE: April 12, 2016 TIME: 8:30 a.m. |
| Defendant. | ) ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Alfonso Hernandez, that the trial currently set for December 17, 2015 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, **may be continued to April 12, 2016 at 8:30 a.m.**

Defense proposes this stipulation to permit completion of expert forensic analysis which is necessary for case analysis and trial preparation.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161 (h)(3)(A), and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  November 24, 2015

*/s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  November 24, 2015

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
ALFONSO HERNANDEZ

**O R D E R**

IT IS SO ORDERED.

Dated:  **November 25, 2015**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE