UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721




## ORDER AND RECEIPT FOR TRIAL EXHIBITS

CASE NUMBER:   1:12-cr-00382-DAD-BAM

CASE NAME:   USA vs. ALFONSO HERNANDEZ

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated:   **June 29, 2016**

_____
DISTRICT JUDGE

DATE EXHIBITS RETURNED:   June 29, 2016

Govt Attorneys: <u>Brian Enos and Vincenza Rabenn</u>

Govt Attorney Signatures:   _____  /  _____

Defendant did not present any exhibits or evidence.

This document certifies that the above referenced exhibits were returned.

Date:   June 29, 2016

_____
RENEE GAUMNITZ
Courtroom Clerk