HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ALFONSO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00382-DAD-BAM |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | DATE: December 19, 2016 |
| ALFONSO HERNANDEZ, | TIME: 10:00 a.m. |
| *Defendant.* | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Alfonso Hernandez, that the current date for sentencing be reset from October 17, 2016 to December 19, 2016 at 10:00 a.m., before the Honorable Dale A. Drozd.

This stipulation was proposed by the defense based on its need for additional time to prepare for sentencing. Among other things, the defense needs additional time to interview out of town witnesses. As evidenced by this stipulation the government is not opposed to this request. It is further stipulated that formal objections and sentencing memoranda will be filed by December 5, 2016.

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Dated: October 3, 2016 | /s/ Brian W. Enos<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: October 3, 2016 | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ALFONSO HERNANDEZ |

**O R D E R**

Pursuant to the parties' above stipulation and for good cause shown, the sentencing hearing as to Alfonso Hernandez currently set for October 17, 2016, is continued to December 19, 2016, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **October 4, 2016**

_____
UNITED STATES DISTRICT JUDGE