HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ALFONSO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00382-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO RESET SENTENCING DATE |
| vs. | |
| ALFONSO HERNANDEZ, | DATE: February 27, 2017
TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Alfonso Hernandez, that the sentencing hearing now set for December 19, 2016, be reset to February 27, 2017 at 10:00 a.m., before the Honorable Dale A. Drozd.

Defense proposes this schedule change because it needs more time to prepare due to workload in other cases including some cases that were transferred to counsel and were prioritized due to existing trial dates. In addition, due to an expert's workload the defense has had to acquire the services of a different expert and more time is needed to complete this work. This additional time is necessary to present an adequate defense. The defense will be ready to proceed on February 27, 2017.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Dated:  December 1, 2016 | */s/ Brian W. Enos*<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  December 1, 2016 | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ALFONSO HERNANDEZ |

**O R D E R**

Pursuant to the parties' above stipulation and for good cause shown, the sentencing hearing as to Alfonso Hernandez currently set for December 19, 2016, is continued to **February 27, 2017, at 10:00 a.m.** in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **December 1, 2016**

UNITED STATES DISTRICT JUDGE