PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
VINCENZA RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALFONSO HERNANDEZ,<br><br>    Defendant. | No. 1:12-CR-00382-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 26, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Alfonso Hernandez in the following property:

    a. Seagate GoFlex 2TB external hard drive, seized from defendant by law enforcement on or about May 24, 2012;

    b. Seagate GoFlex 3TB external hard drive, seized from defendant by law enforcement on or about May 24, 2012; and

    c. Any other computers compact disks, hard drives or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about May 24, 2012.

AND WHEREAS, beginning on July 28, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet

government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHERAS, the Court has been advised that on July 29, 2016, the United States sent direct written notice to True Lee Richardson at her last known address by certified mail.  The parcel was delivered to Ms. Richardson on August 1, 2016;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Alfonso Hernandez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **March 16, 2017**

UNITED STATES DISTRICT JUDGE