UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO HERNANDEZ,<br><br>Defendant. | Case No. 1:12-cr-00382-DAD-BAM<br>CTA9 No. 17-10096<br><br>ORDER GRANTING DEFENDANT'S MOTION RE TRANSCRIPT AS TO COUNSEL<br><br>(Doc. No. 111) |
|---|---|

The court has read and reviewed defendant's motion to unseal a portion of the transcript from the trial setting held on October 26, 2015. Good cause appearing, the Clerk of the Court is directed to release the sealed transcript of the October 26, 29015 proceedings in this action (Doc. 94) to appellate counsel for both parties only. This disclosure is restricted to those uses reasonably necessary for preparation of Mr. Hernandez's appeal.

IT IS SO ORDERED.

Dated: **June 19, 2017**

_____
UNITED STATES DISTRICT JUDGE

1