UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO HERNANDEZ,<br><br>Defendant. | No. 1:12-CR-00382-ADA-BAM<br><br>ORDER SETTING BRIEFING SCHEDULE AND DIRECTING GOVERNMENT TO RESPOND<br><br>(ECF No. 120) |

Defendant-Movant Alfonso Hernandez ("Defendant-Movant") filed a *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF No. 120.) The Court has screened the motion pursuant to Rule 4 of the Rules Governing Section 2254 and 2255 Cases and has concluded that the government should be ordered to respond to the motion. Accordingly, within forty-five (45) days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion. Any reply by Defendant-Movant shall be filed within thirty (30) days of the filing and service of the government's response.

IT IS SO ORDERED.

Dated:   December 13, 2022

UNITED STATES DISTRICT JUDGE

1